UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Danielle K Gullickson a/k/a Danielle Kasia Gullickson<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 15-41107<br><br>Judge Pamela S. Hollis |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE THAT ON January 27, 2016 at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 644, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 16, 2015, with proper postage prepaid.

| | |
|---|---|
| *THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE* | Pierce & Associates, P.C.<br>/s/ Kinnera Bhoopal<br>Kinnera Bhoopal<br>ARDC# 6295897<br>1 N. Dearborn St. Suite 1300<br>Chicago, IL 60602<br>(312) 346-9088 |

Pierce File No. 252934-17717

## NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
**by Electronic Notice through ECF**


To Debtor:
Danielle K Gullickson
13 West Conti Parkway Apt 2N
Elmwood Park, IL 60707
**by U.S. Mail**

7115 W. North Avenue , # 294
Oak Park, IL 60302
**by U.S. Mail**


To Attorney:
Charles L. Magerski
900 Jorie Boulevard Suite 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**


Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

252934-17717

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE: Danielle K Gullickson a/k/a Danielle Kasia Gullickson

*Debtor(s)*,

Chapter 13

Case No. 15-41107

Judge Pamela S. Hollis

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES Fifth Third Mortgage Company, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 13 West Conti Parkway Apt 2N, Elmwood Park, IL 60707, be Modified, stating as follows:

1. On December 3, 2015, the above captioned Chapter 13 was filed.

2. The above captioned Chapter 13 is not confirmed.

3. Fifth Third Mortgage Company services the first mortgage lien on the property located at 13 West Conti Parkway Apt 2N, Elmwood Park, IL 60707.

4. The Plan calls for the debtor to surrender the property located at 13 West Conti Parkway Apt 2N, Elmwood Park, IL 60707.

5. Fifth Third Mortgage Company continues to be injured each day it remains bound by the Automatic Stay.

6. Fifth Third Mortgage Company is not adequately protected.

7. The property located at 13 West Conti Parkway Apt 2N, Elmwood Park, IL 60707 is not necessary for the debtor's reorganization.

8. The debtor has no equity in the property for the benefit of unsecured creditors.

9. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 13 West Conti Parkway Apt 2N, Elmwood Park, IL 60707, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Fifth Third Mortgage Company to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

Fifth Third Mortgage Company

/s/ Kinnera Bhoopal
Kinnera Bhoopal
ARDC# 6295897

Pierce & Associates, P.C.
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088