**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In Re: | |
| | Case No. 1:15-bk-41107 |
| DANIELLE K. GULLICKSON | Chapter 13 |
| | Honorable LaShonda A. Hunt |
| Debtor(s) | |

**NOTICE OF MOTION**

To:     *See attached service list*

**PLEASE TAKE NOTICE** that on **December 9, 2019 at 9:30 a.m.**, the undersigned will appear before the Honorable LaShonda A. Hunt at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 719, Chicago, Illinois and will then and there present **DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**, a copy of which is hereby served upon you.

**CERTIFICATE OF SERVICE**

I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on November 11, 2019 before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

*/s/ Joseph S. Davidson*

Joseph S. Davidson
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
jdavidson@sulaimanlaw.com

*Counsel for Danielle K. Gullickson*

Label Matrix for local noticing
0752-1
Case 15-41107
Northern District of Illinois
Eastern Division
Sun Nov 10 21:11:34 CST 2019

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

12-13 Conti Condo Association
12 Conti Parkway
Elmwood Park, IL 60707-4529

ACS Inc
1753 N Tripp Avenue
Chicago, IL 60639-4861

ACS Loan Science LLC
2111 Kramer Lane, Suite 200
Austin, TX 78758-4069

Afni
1310 Martin Luther King Drive
Bloomington, IL 61701-1465

Afni, INC
PO Box 3667
Bloomington, IL 61702-3667

Afni, Inc.
1310 MLK Drive
P.O. Box 3517
Bloomington, IL 61702-3517

(p)BROTHER LOAN AND FINANCE COMPANY
7621 W 63RD ST
SUMMIT IL 60501-1811

Boone County Treasurer
1212 Logan Avenue, Suite 104
Belvidere, IL 61008-4033

Capital One, N.A. *
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154-1529

Capital One, N.A.*
1680 Capital One Drive
Mc Lean, VA 22102-3407

Cerastes, LLC
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Comcast
2001 York Road
Oak Brook, IL 60523-1973

Comcast
One Comcast Center
Philadelphia, PA 19103-2899

Corporate America Family Credit Union
2075 Big Timber Rd
Elgin, IL 60123-1140

Corporate America Federal Credit Union
Attn: Collections Dept
2075 Big Timber Rd
Elgin, IL 60123-1140

Delbert Services
Rodney Square N 1100 N M
Wilmington, DE 18901

Dish Network
9601 S. Meridian Boulevard
Englewood, CO 80112-5905

Equifax Information Services, LLC
1550 Peachtree Street NW
Atlanta, GA 30309-2468

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626-7037

Fifth Third Bank
222 Riverside Plaza
Chicago, IL 60606-6200

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 E Paris Ave Se
Grand Rapids, MI 49546-6253

Fifth Third Bank
Fifth Third Bank Bankruptcy Department,
1830 East Paris Avenue
Grand Rapids, MI 49546-6253

Fifth Third Mortgage Company
5001 Kingsley Drive, 1MOBBW
Cincinnati, OH 45227-1114

Fifth Third Mortgage Company
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago, IL 60602-4321

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

NCB Management Services Inc
One Allied Drive
Trevose, PA 19053-6945

NCB Management Services, Inc.
PO Box 1099
Langhorne, PA 19047-6099

NCB Management Services, Incorporated
One Allied Drive
Feasterville Trevose, PA 19053-6945

Pierce & Associates
1 North Dearborn
Ste 1300
Chicago, IL 60602-4373

(p)PLAZA SERVICES LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Porania LLC
P. O. Box 11405
Memphis TN 38111-0405

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates, Inc
120 Corporate Boulevard
Norfolk, VA 23502-4952

Sir Finance Corp
6140 N Lincoln Ave
Chicago, IL 60659-2318

Stellar Recovery Inc
1327 Hwy 2 W
Suite 100
Kalispell, MT 59901-3413

Stellar Recovery, Inc
1327 Highway 2 West
Suite 100
Kalispell, MT 59901-3413

Trans Union LLC
P.O. Box 2000
Chester, PA 19016-2000

US Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-2511

US Bank
505 N 7th Street
Saint Louis, MO 63101-1608

US Employees Credit Union
230 S Dearborn Street, Suite 29
Chicago, IL 60604-1505

Charles L. Magerski
Sulaiman Law Group, LTD
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523-3810

Danielle K Gullickson
306 W Pleasant St
Belvidere, IL 61008-5234

Joseph S Davidson
Sulaiman Law Group, Ltd.
2500 S. Highland Ave
Suite 200
Lombard, IL 60148-7103

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BROTHER LOAN & FINANCE CO,
7621 W. 63RD ST.
SUMMIT,IL. 60501

IRS Department of Treasury
ACS Support - Stop 5050
PO Box 219236
Kansas City, MO 64121

Plaza Services
Bankruptcy Claims Dept
110 Hammond Drive, Suite 110
Atlanta, GA  30328

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates
Po box 12914
Norfolk, VA 23541

(d)Portfolio Recovery Associates LLC
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to
CAPITAL ONE BANK (USA), N.A.
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
Successor to
U.S. BANK NATIONAL ASSOCIATION
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Fifth Third Mortgage Company

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

DANIELLE K. GULLICKSON

Debtor(s)

Case No. 1:15-bk-41107

Chapter 13

Honorable LaShonda A. Hunt

**DEBTOR'S MOTION TO MODIFY PLAN**

NOW COMES, MICHELE M. LOCKWOOD ( the "Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. §1329 moves the Court to Modify Chapter 13 Plan. In support thereof, Debtor states as follows:

1.      On December 3, 2015, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code [Doc. #1].

2.      On January 27, 2016, an Order Confirming Plan was entered [Doc. #19].

3.      Debtor's confirmed plan provides:

**Section D.** *Payments by the debtor to the trustee; plan term and completion*

*1. Initial plan term.* The debtor will pay to the trustee **$312.00** monthly for **60** months for total payments, during the initial plan term, of **$18,720.00**.

**Section E.** *Disbursements by the trustee*

The trustee shall disburse payments received from the debtor under this plan as follows:

8. *General unsecured claims (GUCs).* All allowed nonpriority unsecured claims *** shall be paid, pro rata, in full.

4.      On October 18, 2019, the Chapter 13 Trustee filed a Motion to Dismiss Case for Material Default [Doc. #22].

5.     The Chapter 13 Trustee stated that the plan is in material default as it cannot complete at the proposed terms.

6.     Specifically, the Chapter 13 Trustee stated that the balance on the case is approximately $23,906.87, and the phan will not complete for another 77 months.

7.     Accordingly, Debtor proposes paying to the trustee to $1,815.00 monthly for the remaining plan term – beginning with the December 2019 payment.

8.     Modifying Debtor's plan will not prejudice the general unsecured creditors, as they will continue to be paid, *in full*, as provided for in Debtor's confirmed plan.

**WHEREFORE**, Debtor respectfully requests this Court enter an Order Modifying Debtor's Chapter 13 Plan to increase the Debtor's payment to the trustee to $1,815.00 monthly for the remaining plan term; and grant any other relief deemed appropriate and equitable.

Dated: November 11, 2019                    Respectfully submitted,

                                            **DANIELLE K. GULLICKSON**

                                            By: */s/ Joseph S. Davidson*

                                            Joseph S. Davidson
                                            **SULAIMAN LAW GROUP, LTD.**
                                            2500 South Highland Avenue
                                            Suite 200
                                            Lombard, Illinois 60148
                                            +1 630-575-8181
                                            jdavidson@sulaimanlaw.com